UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 1:07-CR-46 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| | ) | |
| ERICK COFFELT | ) | |

**O R D E R**

On April 27, 2007, United States Magistrate Judge Susan K. Lee conducted a plea hearing and filed a Report and Recommendation ("R&R") in this matter. The R&R recommends: (1) the Court accept the defendant's plea of guilty to Count One of the Bill of Information; (2) the Court adjudicate the defendant guilty of the charge set forth in Count One; (3) the Court defer acceptance of the plea agreement in this matter until sentencing; and (4) the defendant remain on bond pending sentencing (Doc. No. 10). Neither party has filed an objection to the R&R within the given ten days.

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the R&R (Doc. No. 10) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** as follows:

(1) The defendant's plea of guilty to Count One of the Bill of Information is **ACCEPTED**;

(2) The defendant is hereby **ADJUDGED** guilty of the charge set forth in Count One;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) The defendant **SHALL REMAIN** on bond until sentencing in this matter. Sentencing is scheduled for **Thursday, July 26, 2007, at 2:00 p.m.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**